IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                                        PLAINTIFF

v.                    Case Nos. 5:12-CR-50035-001; 5:13-CR-50004-001

BRANDON LYNN BARBER                                                             DEFENDANT

AXA ADVISORS, LLC                                                               GARNISHEE

## ORDER

Before the Court are separate motions filed in these cases by the United States to withdraw or vacate garnishment and by Defendant Brandon Lynn Barber to vacate garnishment. The motions will be granted as stated herein.

On March 27, 2015, a writ of continuing garnishment issued from this Court against a life insurance policy issued to Mr. Barber by AXA Advisors, LLC. In case number 5:12-CR-50035-001, this writ was docketed as Doc. 276. In case number 5:13-CR-50004-001, this writ was docketed as Doc. 211. On July 1, 2015, the Court entered an order of garnishment against the $9,531.79 cash surrender value of the policy. In case number 5:12-CR-50035-001, this order was docketed as Doc. 288. In case number 5:13-CR-50004-001, this order was docketed as Doc. 221. The writ and order were made pursuant to 28 U.S.C. § 3205.

Since the issuance of the writ and entry of the order, the parties have notified the Court that if the current cash value of the policy is surrendered as ordered, AXA Advisors, LLC will terminate the policy. The parties have further notified the Court that Mr. Barber has instead taken out a loan to be tendered in lieu of this cash surrender value, so that he may keep his life insurance policy. This resolution is satisfactory to the Government and the Defendant, and to this Court. Therefore, pursuant to its authority under 28 U.S.C. § 3205(c)(10), the Court will

1

quash the writ of garnishment, and pursuant to its authority under Federal Rule of Civil Procedure 60(b), the Court will vacate the order of garnishment.

IT IS THEREFORE ORDERED that the motions (Docs. 223, 225, 290, 293) are GRANTED, and the writ of garnishment referenced in this order (Docs. 276, 211) is QUASHED and the order of garnishment (Docs. 288, 221) is VACATED.

IT IS SO ORDERED this 10th day of November, 2015.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE